UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CORETTA ELLISON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-00027 (CSH) |
| ) | |
| ASSET MANAGEMENT PROFESSIONALS, ) | |
| LLC; and Does 1-10, inclusive ) | |
| ) | |
| Defendants, ) | APRIL 4, 2011 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R, Civ. P., the parties hereby stipulate to a dismissal of the above-referenced action with prejudice and without costs or fees to either party.

PLAINTIFF
CORETTA ELLISON

BY: _____
SERGEI LEMBERG
LEMBERG & ASSOCIATES, LLC
Federal Bar # 425027
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com

DEFENDANT
ASSET MANAGEMENT
PROFESSIONALS, LLC

BY: _____
Thomas P. Lambert
HALLORAN & SAGE, LLP
Federal Bar #12823
315 Post Road West
Westport, CT 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
lambert@halloran-sage.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on April 12, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**